No. 82–1010. NEUBAUER, PERSONAL REPRESENTATIVE OF THE ESTATE OF NEUBAUER, ET AL. v. OWENS-CORNING FIBERGLAS CORP. ET AL. C. A. 7th Cir. Certiorari de-

nied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.